# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| VINCENT LEE BRYANT, | ) | CASE NO.: C07-0652-TSZ-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| PATRICIA GORMAN, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter comes before the Court on petitioner's motion for an extension of time to file a response to respondent's answer. The Court, having considered petitioner's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) Petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition (Dkt. No. 14) is GRANTED. Petitioner is directed to file and serve his response not later than *September 10, 2007*.

(2) Petitioner's federal habeas petition (Dkt. No. 4) is RE-NOTED on the Court's calendar for consideration on *September 14, 2007*. Respondent must file and serve any reply brief by that date.

(3)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Thomas S. Zilly.

DATED this 7th day of August, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE -2