01

02

03

04

05                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
06                                     AT SEATTLE

07   VINCENT LEE BRYANT,              )   CASE NO.: C07-0652-TSZ-MAT
                                      )
08          Petitioner,               )
                                      )
09          v.                        )   ORDER GRANTING PETITIONER'S
                                      )   REQUEST FOR LEAVE TO FILE A
10   PATRICIA GORMAN,                 )   SUPPLEMENTAL RESPONSE
                                      )
11          Respondent.               )
     _____ )
12

13          This matter comes before the Court on petitioner's request for leave to file a supplemental

14   response to respondent's answer.  The Court, having considered petitioner's request, and the

15   balance of the record, does hereby find and ORDER as follows:

16          (1)    Petitioner's request for leave to file a supplemental response to respondent's

17   answer (Dkt. No. 17) is GRANTED.  Petitioner may file and serve any supplemental response not

18   later than *October 29, 2007*.  Petitioner is advised that he will not be granted any extensions of

19   this deadline.

20          (2)    Petitioner's amended federal habeas petition (Dkt. No. 6) is RE-NOTED on the

21   Court's calendar for consideration on *November 2, 2007*.  Respondent must file and serve any

22   reply brief by that date.

ORDER GRANTING PETITIONER'S REQUEST FOR
LEAVE TO FILE A SUPPLEMENTAL RESPONSE
PAGE -1

01          (3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for

02   respondent, and to the Honorable Thomas S. Zilly.

03          DATED this 27th day of September, 2007.

04

05                                                    Mary Alice Theiler
                                                      United States Magistrate Judge
06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PETITIONER'S REQUEST FOR
LEAVE TO FILE A SUPPLEMENTAL RESPONSE
PAGE -2